AO 106 (Rev. 04/10) Application for a Search Warrant

**FILED**
U.S. District Court
District of Kansas

5/19/2022

Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of:<br>*(Briefly describe the property to be searched or identify the person by name and address)* | Case No. 22-M-__6095____-GEB |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ❒ evidence of a crime;
- ❒ contraband, fruits of crime, or other items illegally possessed;
- ❒ property designed for use, intended for use, or used in committing a crime;
- ❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | |

The application is based on these facts:

- ❒ Continued on the attached sheet.
- ❒ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

*Printed name and title*

Sworn to before me via FaceTime.

Date: 5/19/2022

*Judge's signature*

City and state: _____

*Printed name and title*

## AFFIDAVIT

I, Joshua Highfill, being first duly sworn on oath, state as follows:

### AGENT INTRODUCTION AND BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since August 2015. I am currently assigned to the Wichita Domicile of the Postal Inspection Service and have experience enforcing drug laws. This affidavit is based on my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

2. I received training from the United States Postal Inspection Service regarding individuals using the United States Mail to transport controlled substances and proceeds from the sale of controlled substances. I received training from the Kansas Law Enforcement Training Center and while working for the Olathe, Kansas Police Department involving narcotic investigation techniques, chemical field testing, and training in the identification and detection of controlled substances. As a Police Officer and Special Agent with the United States Secret Service, I was involved in illegal narcotic investigations to include narcotics being sent through the mail.

3. The United States Postal Inspection Service has implemented a parcel profile program targeting parcels mailed to and from areas of the United States which have been identified by law enforcement as being source areas for the distribution of controlled substances. The Wichita Domicile Postal Inspection Service program consists of reviewing postal service records and a physical profile of Express and Priority Mail parcels and envelopes which have originated from and/or have been received for delivery in the District of Kansas.

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4.      This affidavit is made in support of an application for a search warrant for two United States Postal Service Priority Mail Express parcels. The first parcel bears tracking number EI414258538US and is addressed to Bre Dykes 5048 Cedardale Avenue, Wichita, Kansas 67216 with a return address of Samantha Garcia 1320 East Broadway Road, Mesa, Arizona 85201, mailed on May 18, 2022 from the Post Office in Mesa, Arizona 85021. Further, this parcel weighs approximately 6 pounds 14 ounces and bears $78.80 in postage (Subject Parcel 1). The second parcel bears tracking number EJ821662973US and is addressed to Naunny Hall 1524 North Oliver, Wichita, Kansas 67208 with a return address of Samantha Garcia 1320 East Broadway Road, Mesa, Arizona 85201, mailed on May 18, 2022 from the Post Office in Mesa, Arizona 85021. Further, this parcel weighs approximately 6 pounds 14 ounces and bears $78.80 in postage (Subject Parcel 2).

5.      Items to be seized from Subject Parcel 1 and Subject Parcel 2 include controlled substances; specifically but not limited to, marijuana, cocaine, methamphetamine, and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and United States Currency or money orders.

6.      Subject Parcel 1 and Subject Parcel 2 are currently located at the United States Postal Inspector Wichita Domicile, located at 7117 West Harry Street, Wichita, Kansas 67276, which is in the District of Kansas.

## OFFENSES UNDER INVESTIGATION

7.      Based on my training and experience and on the facts set forth in this Affidavit, I believe Subject Parcel 1 and Subject Parcel 2 contain evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance); Title

21, United States Code, Section 846 (attempts and conspiracies to do the same); and Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

## PROBABLE CAUSE

8. On May 19, 2022, while profiling parcels Priority Express parcels at the Wichita Postal Processing and Distribution Center located at 7117 West Harry Street, Wichita, Kansas, I observed two United States Postal Service Priority Mail Express parcels. The first parcel bears tracking number EI414258538US and is addressed to Bre Dykes 5048 Cedardale Avenue, Wichita, Kansas 67216 with a return address of Samantha Garcia 1320 East Broadway Road, Mesa, Arizona 85201, mailed on May 18, 2022 from the Post Office in Mesa, Arizona 85021. Further, this parcel weighs approximately 6 pounds 14 ounces and bears $78.80 in postage paid in cash (Subject Parcel 1). The second parcel bears tracking number EJ821662973US and is addressed to Naunny Hall 1524 North Oliver, Wichita, Kansas 67208 with a return address of Samantha Garcia 1320 East Broadway Road, Mesa, Arizona 85201, mailed on May 18, 2022 from the Post Office in Mesa, Arizona 85021. Further, this parcel weighs approximately 8 pounds 8 ounces and bears $91.75 in postage paid cash (Subject Parcel 2).

9. I observed the parcels were very similar. Both parcels were in the same size United States Postal Service Priority Mail Express box and were coming from the same sender in Mesa, Arizona. Furthermore, the sender shipped the parcels from the same Post Office in Mesa, Arizona at the same time.

10. Based on my training and experience I know there are common characteristics used by individuals who traffic in illegal controlled substances via the United States Mail. The Subject Parcel contained some of these characteristics including:

      a.      The Subject Parcels were mailed from a known illegal drug source distribution area (i.e., Mesa, Arizona).

      b.      The postage was paid for with cash.

11.      I queried Subject Parcel 1 and Subject Parcel 2's return address information, Samantha Garcia 1320 East Broadway Road, Mesa, Arizona 85201 and found Samantha Garcia isn't associated to the address. Based upon my experience investigating narcotic traffickers, I know they often use false or fictitious names on parcel labels to avoid being identified by law enforcement authorities.

12.      On May 19, 2022, an exterior odor sniff of the Subject Parcel was conducted at the Wichita P&DC located at 7117 West Harry Street, Wichita, Kansas. At approximately 8:28 am, Wichita Police Detective Dan Weidner and his certified narcotic canine, Sol, searched the area. Sol conducted a sniff of the area and then sat facing both of the Subject Parcels individually as he worked the room. It should be noted the Subject Parcels were spread out on opposite sides of the room. Detective Weidner stated Sol's actions indicated he had alerted to the Subject Parcels as containing a narcotic odor.  "Under our case law, a random dog sniff is not a search for Fourth Amendment purposes and a positive dog alert gives officers probable cause to search." United States v. Parada, 577 F.3d 1275, 1281 (10th Cir. 2009).

13.      According to Detective Weidner, he has served as a single purpose drug detection dog handler with PSD Sol since February 2019. Weidner and Sol completed the WPD K9 basic course and were certified as a drug detector dog team. Weidner and Sol are certified in the detection of marijuana, methamphetamine, cocaine, and heroin. Weidner and Sol maintain current detector dog team certification and attend regular weekly maintenance training. This training averages 12 hours per month.

## CONCLUSION

14. Therefore, based on these facts, I believe there is probable cause to believe that the Subject Parcels contain evidence of a crime, including Title 21, United States Code, Section 841, and/or other illegal contraband (including actual narcotics), in violation of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 21, United States Code, Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

FURTHER YOUR AFFIANT SAYETH NOT.

JOSHUA HIGHFILL
United States Postal Inspector
United States Postal Inspection Service

Sworn to and subscribed to me via FaceTime this 19th day of May, 2022.

HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

5

## ATTACHMENT A

The items to be search are two United States Postal Service Priority Mail Express parcels. The first parcel bears tracking number EI414258538US and is addressed to Bre Dykes 5048 Cedardale Avenue, Wichita, Kansas 67216 with a return address of Samantha Garcia 1320 East Broadway Road, Mesa, Arizona 85201, mailed on May 18, 2022 from the Post Office in Mesa, Arizona 85021. Further, this parcel weighs approximately 6 pounds 14 ounces and bears $78.80 in postage (Subject Parcel 1). The second parcel bears tracking number EJ821662973US and is addressed to Naunny Hall 1524 North Oliver, Wichita, Kansas 67208 with a return address of Samantha Garcia 1320 East Broadway Road, Mesa, Arizona 85201, mailed on May 18, 2022 from the Post Office in Mesa, Arizona 85021. Further, this parcel weighs approximately 8 pounds 8 ounces and bears $91.75 in postage (Subject Parcel 2). The Subject Parcel is currently located at **7117 West Harry Street, Wichita, Kansas 67276**.